## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-CV-80165-ROSENBERG

JOHNNY HORNE,

     Plaintiff,

v.

KEN SANDQUIST, et al.,

     Defendants.

_____/

### ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** is before the Court *sua sponte*.  Because the Plaintiff is proceeding in this case *in forma pauperis*, the Plaintiff's Complaint is subject to screening by this Court.  *See* 28 U.S.C. § 1915.

1. The Plaintiff in this case has sued under three state law causes of action, including breach of contract. DE 1 at 1.

2. As a result, the only basis for this Court to have subject matter jurisdiction over this case would be if the Plaintiff and the Defendants were citizens of different states. 28 U.S.C. § 1332.

3. The Plaintiff is a citizen of Florida. *Id.*  As best as the Court can discern, the Plaintiff has named two individual Defendants who are also citizens of Florida. *Id.*

4. There is therefore no basis for this Court to exercise subject matter jurisdiction over this case, and it is **ORDERED AND ADJUDGED** that this case is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** and the Clerk of the Court shall mark the case as **CLOSED**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 18th day of March, 2025.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE